# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV182 |
| vs. | ) ) | ORDER TO SHOW CAUSE |
| NEBRASKA PUBLIC SERVICE COMMISSION, et al., | ) ) ) ) | |
| Defendants. | ) | |

The records of the court show that on April 26, 2005, a letter (filing # 8) was sent to attorney Timothy J. Goodwin from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admittance to practice in the District of Nebraska.

As of May 31, 2005, the attorney has not complied with either request.

**IT IS ORDERED** that, on or before **June 15, 2005**, attorney Timothy J. Goodwin is to register for the System and register for admittance to practice in the District of Nebraska or show cause by written affidavit why he cannot comply with the rules of the court.

**DATED June 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**