# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV182 |
| vs. | ) ) | SCHEDULING ORDER |
| NEBRASKA PUBLIC SERVICE COMMISSION, et al., | ) ) ) ) | |
| Defendants. | ) | |

Now pending before the court is the MOTION TO INTERVENE AS DEFENDANTS (#13) filed by a number of rural independent telephone companies. The named defendants subsequently filed a MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STAY ACTION (#25). The court will defer ruling on the Motion to Intervene until after Judge Smith Camp rules on the pending dispositive motion.

**IT IS SO ORDERED.**

**DATED June 16 , 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**