IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05cv182 |
| vs. | ) | |
| | ) | ORDER |
| NEBRASKA PUBLIC SERVICE COMMISSION, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the joint oral motion of the parties for a thirty-day extension of the 7/7/2005 deadline to file their Rule 26 planning report, referencing the pending Motion to Intervene (#13). For good cause shown, the motion should be granted.

**IT IS ORDERED:**

1. The joint oral motion of the parties for an extension of the deadline is granted, and the planning report shall be filed on or before **August 8, 2005.**

Dated this 7th day of July 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge