IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| QWEST COMMUNICATIONS,          )<br>                                                                )<br>               Plaintiff,                          )<br>                                                                )<br>       v.                                                  )<br>                                                                )<br>NEBRASKA PUBLIC SERVICE      )<br>COMMISSION, GERALD L. VAP,  )<br>ANNE C. BOYLE, LOWELL C.       )<br>JOHNSON, ROD JOHNSON, and  )<br>FRANK E. LANDIS JR.,                   )<br>                                                                )<br>               Defendants.                     )<br>_____)  | 8:05cv182<br><br><br><br><br>ORDER |

The Clerk's Office has requested that Document Number 34 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 34 from the record. The party has been directed to re-file the correct document.

DATED this 18th day of July, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge