### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **QWEST COMMUNICATIONS CORPORATION,** | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV182 |
| vs. | ) ) | ORDER |
| **NEBRASKA PUBLIC SERVICE COMMISSION, et al.,** | ) ) ) | |
| Defendants. | ) | |

The parties have filed a stipulated Motion for Extension of Time (#37) to file their Rule 26(f) planning conference report. The file shows that the named defendants' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO STAY ACTION (#25) is now pending before Judge Smith Camp. Also, I intend to defer ruling on the pending MOTION TO INTERVENE AS DEFENDANTS (#13) until after the dispositive motion is decided. *See* Order #28.

For good cause shown,

**IT IS ORDERED** that the stipulated Motion for Extension of Time (#37) is granted. The parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court within **thirty (30) days** after the court rules on the pending Motion to Intervene as Defendants (#13).

**DATED August 8, 2005.**

                                                  **BY THE COURT:**

                                                  **s/ F.A. Gossett**
                                                  **United States Magistrate Judge**