IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **QWEST COMMUNICATIONS CORPORATION,** | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV182 |
| vs. | ) ) | ORDER |
| **NEBRASKA PUBLIC SERVICE COMMISSION, et al.,** | ) ) ) | |
| Defendants. | ) | |

The records of the court show that on April 26, 2005, a letter (filing # 8) was sent to attorney Timothy J. Goodwin from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admittance to practice in the District of Nebraska.

By order entered June 1, 2005 (#24), Mr. Goodwin was ordered to complete these deficiencies on or before June 15, 2005, or show cause by written affidavit why he cannot comply with the rules of the court. To date, Mr. Goodwin has (1) failed to register for the System, (2) failed to register for admittance, and (3) failed to respond to the June 1, 2005 Order to Show Cause.

**IT THEREFORE IS ORDERED:**

1. Timothy J. Goodwin shall either:

   a. register for the System <u>and</u> register for admittance to practice in the District of Nebraska
      <u>or</u>
   b. withdraw as counsel of record

   before the close of business on **August 23, 2005**.

2. If Mr. Goodwin does not timely comply with paragraph 1, above, he will personally be assessed sanctions in the amount of $250.

   **DATED August 9, 2005.**

   BY THE COURT:

   s/ F.A. Gossett
   **United States Magistrate Judge**