IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **QWEST COMMUNICATIONS CORPORATION,** | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV182 |
| vs. | ) ) | ORDER |
| **NEBRASKA PUBLIC SERVICE COMMISSION, et al.,** | ) ) ) ) | |
| Defendants. | ) | |

    In response to the court's most recent order to show cause, plaintiff filed a MOTION TO WITHDRAW AS COUNSEL OF RECORD (#40) on behalf of Timothy J. Goodwin.  Although movant reportedly contacted the Clerk in June 2005 to advise that Mr. Goodwin would not remain counsel of record, these matters must be raised by motion and not by informal communications to the Clerk's office.  *See* NEGenR 1.3.  Having entered an appearance in this matter, it was Mr. Goodwin's obligation to comply with all of the local rules of practice.

    Since the record shows that plaintiff will continue to be represented by counsel,

    **IT IS ORDERED** that the MOTION TO WITHDRAW AS COUNSEL OF RECORD (#40) filed on behalf of Timothy J. Goodwin is granted.  The Clerk shall terminate Mr. Goodwin's appearance and shall remove Mr. Goodwin from the distribution list for this case.  In this instance only, Mr. Goodwin is excused from registering for the CM/ECF System, and from registering for admittance to practice in the District of Nebraska.

    **DATED August 9, 2005.**

                                               **BY THE COURT:**

                                               **s/ F.A. Gossett**
                                               **United States Magistrate Judge**