# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **QWEST COMMUNICATIONS CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | 8:05cv182 |
| vs. | ) | |
| | ) | ORDER |
| **NEBRASKA PUBLIC SERVICE COMMISSION, et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

Magistrate Judge F. A. Gossett has recused himself from this case.

**IT IS HEREBY ORDERED,**

The Clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 4th day of May 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge