IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS, | ) | |
| Plaintiff, | ) | 8:05CV182 |
| v. | ) | |
| NEBRASKA PUBLIC SERVICE COMMISSION, GERALD L. VAP, ANNE C. BOYLE, LOWELL C. JOHNSON, ROD JOHNSON, and FRANK E. LANDIS JR., | ) | REASSIGNMENT ORDER |
| Defendants. | ) | |

Pursuant to the recusal of Magistrate Judge F.A. Gossett (Filing No. 45) in the above matter,

IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas D. Thalken for pretrial matters and remains assigned to District Judge Laurie Smith Camp for dispositive matters.

DATED this 4th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge