## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **QWEST COMMUNICATIONS CORP.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05CV182** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **THE NEBRASKA PUBLIC SERVICE COMMISSION, et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the plaintiff's January 6, 2007 Status Report (Filing No. 48). On October 7, 2005, the court stayed this action pending resolution of a related case pending in the Nebraska state court. The state court action was dismissed with prejudice and remanded to the Nebraska Public Service Commission (NPSC). The parties have entered into a stipulation for the NPSC to enter an order implementing the parties' agreed terms. As part of the stipulation, the parties have agreed that after the NPSC order is entered the plaintiff will voluntarily dismiss this action without prejudice. Upon consideration,

**IT IS ORDERED:**

1. The case stay shall continue until further order of this court.

2. Counsel for the plaintiff shall file a status report concerning the status of this case on **February 6, 2007, and every 30 days thereafter**, such report to include whether the stay should be lifted.

DATED this 8th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge