IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| QWEST COMMUNICATIONS CORPORATION, | ) ) ) | CASE NO. 8:05CV182 |
| Plaintiff, | ) ) ) | |
| V. | ) ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| NEBRASKA PUBLIC SERVICE COMMISSION, GERALD L. VAP, ANNE C. BOYLE, LOWELL C. JOHNSON, ROD JOHNSON, and FRANK E. LANDIS JR., each and all of them in their official capacities as the Commissioners of the Nebraska Public Service Commission, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Motion and Stipulation for Dismissal without Prejudice. The Court finds that the stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Joint Motion and Stipulation for Dismissal without Prejudice (Filing No. 59) is granted;

2. The Complaint and all claims against the remaining defendants are dismissed without prejudice; and

3. The parties will pay their own costs and attorneys' fees.

DATED this 13th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge